IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GERALD T. PATTERSON, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Civil Action No. 3:07-CV-1602-O-BH |
| | § |
| LONG BEACH MORTGAGE COMPANY, | § |
| | § |
| Defendant. | § |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and finding no objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation (Doc. #34), *Defendant's Motion for Summary Judgment* (Doc. # 31), filed July 16, 2009, is **GRANTED** and all of Plaintiff's claims against Defendant are dismissed with prejudice.

SIGNED this 15th day of December, 2009.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**